#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON B. LILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  CIV-04-0994-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

This matter is brought under 42 U.S.C. § 405(g), which provides for judicial review of the final decision of the Commissioner of Social Security Administration. Specifically, review is sought of the Commissioner's decision to deny plaintiff's application for disability insurance benefits.  On June 29, 2005, Magistrate Judge Doyle W. Argo issued a Report and Recommendation  recommending that the decision of the Commissioner be reversed and that this matter be remanded to the Commissioner for further administrative proceedings.  (Report, docket entry no. 19.) The magistrate judge further advised the parties of their right to object to the report by July 19, 2005, in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 72.1.  Neither party has filed any objection to the Report, and neither party has requested an extension of time within which to file any objection.

With no objection being filed, and having reviewed the report, the record, and all relevant arguments and authorities, the court **ACCEPTS** and **AFFIRMS** the

magistrate judge's report in its entirety. The decision of the Commissioner of the Social Security Administration in this matter is hereby **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings consistent with the magistrate judge's Report and Recommendation.

Dated this 26th day of July, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-0994p002(pub).wpd